LNE 6.11.25
CCM USAO#2023R00416

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 13 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * Criminal No. JKB-24-0164 |
| **MARVIN MILLER,** | * (Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, 21 U.SC. § 846, Possession with Intent to Distribute Controlled Substances, 21 § 841; Forfeiture, 21 U.S.C. § 853) |
| Defendant. | * |

******

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE
### Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

The United States Attorney for the District of Maryland charges that:

From a date unknown to the United States Attorney but no later than October 2023 and continuing until at least December 2023, in the District of Maryland, the Defendant,

**MARVIN MILLER,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the United States Attorney to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(b)(1)(C)

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about December 19, 2023, in the District of Maryland, the Defendant,

**MARVIN MILLER,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction under Counts One or Two of this Superseding Information.

### Narcotics Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One or Two of this Superseding Information, the Defendant,

**MARVIN MILLER,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and

    b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

    a. a forfeiture money judgment in the amount of proceeds the Defendant obtained as a result of the offense(s) alleged in Counts One or Two of this Superseding Information;

    b. approximately $671,685 in U.S. currency seized from 2311 Koko Lane, Baltimore, Maryland 21216, on or about December 19, 2023;

    c. a 10-karat gold chain with a diamond guardian angel pendant seized from the Royal Sonesta Hotel, Room 752, 550 Light Street, Baltimore, Maryland 21202, on or about December 19, 2023;

3

    d.    a 10-karat gold diamond Cuban link chain seized from the Royal Sonesta Hotel, Room 752, 550 Light Street, Baltimore, Maryland 21202, on or about December 19, 2023;

    e.    a 10-karat gold and diamond chain with a diamond circular pendant with pictures seized from the Royal Sonesta Hotel, Room 752, 550 Light Street, Baltimore, Maryland 21202, on or about December 19, 2023;

    f.    a 14-karat gold and diamond ring with "EA" and "88" in diamonds seized from the Royal Sonesta Hotel, Room 752, 550 Light Street, Baltimore, Maryland 21202, on or about December 19, 2023;

    g.    a 10-karat two-tone gold men's diamond Cuban link chain, Royal Sonesta Hotel, Room 752, 550 Light Street, Baltimore, Maryland 21202, on or about December 19, 2023;

    h.    a 10-karat two-tone gold and diamond necklace with an "EA Omerta" pendant bearing three skulls seized from the Royal Sonesta Hotel, Room 752, 550 Light Street, Baltimore, Maryland 21202, on or about December 19, 2023;

    i.    a stainless steel and 18-karat gold Rolex Diamond Oyster Perpetual Datejust II watch seized from the Royal Sonesta Hotel, Room 752, 550 Light Street, Baltimore, Maryland 21202, on or about December 19, 2023;

    j.    a 10-karat gold diamond tennis necklace seized from the person of Marvin Miller on or about December 19, 2023; and

    k.    a 14-karat gold men's diamond personalized "EA" pendant seized from the person of Marvin Miller on or about December 19, 2023.

### Substitute Assets

4.    If any of the property described above, as a result of any act or omission of the Defendant,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

4

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above, pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*Kelly Hayes* /CMM
Kelly O. Hayes
United States Attorney

06/12/2025
Date