# EXHIBIT B

## DISTRICT/CIRCUIT COURT OF MARYLAND
## FOR BALTIMORE COUNTY

## APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

To the Honorable Judge of the District/Circuit Court for Baltimore County, your Affiant, Detective Trageser, a sworn member of the Baltimore County Police Department, states that he has reason to believe that:

## ON/IN THE PREMISES KNOWN AS:

- 2311 Koko Lane, Baltimore, Maryland, 21216
  - Described as a middle of group brick rowhome with a black metal security door. The numerals "2311" are located on the front of the residence. This location is known on sight by your Affiant and is currently under surveillance.

## IN THE VEHICLE KNOWN AS:

- A black 2023 Chevrolet Suburban bearing Maryland registration A385785 and VIN 1GNSKRKDXPR103267
- A gray in color Lexus bearing Maryland registration 4EN6400 and VIN-2T2BK1BA3DC155521

**There is presently concealed certain property, NAMELY:**

1. Cocaine, a Schedule II Controlled Dangerous Substance;
2. Books, records, receipts, notes, ledgers, prescriptions and other items relating to the transportation, ordering, purchasing, and distribution of controlled substances;
3. Papers, tickets, notes, schedules, receipts, and other items relating to domestic interstate and international travel;
4. Addresses and/or telephone books and papers reflecting names, addresses, and/or telephone numbers;

1

5. Books, records, receipts, bank statements, money drafts, letters of credit, money orders, and cashier check receipts, passbooks, bank checks, and other items evidencing the obtaining, secreting, transfer, and/or the concealment of assets and the obtaining, secreting, transferring, concealment and/or expenditure of money, such as safe deposit box records, keys, etc.;

6. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds;

7. Photographs, in particular, photographs of co-conspirators, of assets, and/or of controlled dangerous substances;

8. Indication of occupancy, residency, and/or ownership of the premises described above, including but not limited to, utility and telephone bills, canceled envelopes and keys; and

9. Electronic equipment, including cellular telephones, tablets, etc.

   a. It should be noted these items are requested to be seized only as a separate search warrant will be obtained for the digital/electronic data contained in the aforementioned electronic equipment.

10. Any firearms, and firearms-related accessories, including, but not limited to ammunition, magazines, holsters, firearms cases, and firearms registration documenion, located inside the location.

11. Further, to search all locked and unlocked containers, all locked and unlocked containers.

12. Any and all other material evidence which are in violation of, or evidence of the violation of CR 5-303 (d) through CR 5-904.

Which is evidence relating to the commission of a crime of the Distribution/Use of Controlled Dangerous Substances (CDS), in particular cocaine (a schedule II CDS), in violation of Maryland Annotated Code, Criminal Article 5 -303(d) through 5-904.  The facts tending to establish grounds for the issuance of a Search and Seizure Warrant are set forth in the below Affidavit.

2

## AFFIDAVIT

### Foreword:

During the year 2023, TFO Trageser #5468 and members of Baltimore DEA Strike Force Group 1, initiated an investigation into Tyron RICH and his involvement in distribution of kilograms of Cocaine in the Baltimore Metropolitan area. This investigation is still on-going but to date the investigators have seized in excess of 100 kilograms of cocaine in the Baltimore area that is attributed to members of Tyron Rich's drug trafficking operation. Marvin MILLER, a black male with a date of birth of 1/19/1988 was identified as a member of RICH's organization and investigators believe that MILLER was obtaining kilograms of cocaine from RICH.

### Historical Investigation Of Marvin Miller:

### Cocaine Seizure of March 31, 2022

TFO Trageser conducted a check of historical investigations involving MILLER. During this check, Detective Trageser learned of a prior investigation conducted by the Maryland State Police (MSP) as a part of the Delivery Parcel Interdiction Initiative (DSPII) (reference MSP case number 22-MSP-012365). On March 31, 2022, Trooper First Class Chrazanowski #6836 located a suspected drug parcel at a UPS sorting facility. Pursuant to an authorized search warrant the package was opened and approximately eleven kilograms of cocaine (a schedule II CDS) were located in the package. A controlled delivery was made to the address listed on the shipping label: 2801 Clifton Avenue, Baltimore, MD 21216. After the package had been delivered, a Lexus bearing Maryland registration 4EN6400 arrived in the area. A male exited the passenger seat of the vehicle and retrieved the package from the porch. The package was placed in the trunk of the Lexus. At this time, members of the Maryland State Police attempted to stop the Lexus

3

at which time both passengers exited the vehicle and attempted to flee.  The driver of the vehicle was apprehended and identified as Derrick Keith BROWN (M/B, DOB 03/19/1988).  The passenger was able to escape from the scene.  A search and seizure warrant was authorized for this same vehicle.  During a search of the Lexus, investigators located a backpack, which contained the following:

- $6,500 U.S. currency;
- Two credit cards displaying the name Marvin MILLER;
- Marvin MILLER's Maryland driver's license;
- Two "Auction Access" identification cards displaying the name Marvin MILLER.

Based upon the items detailed above, MSP investigators believed that Marvin MILLER was the subject who retrieved the box containing eleven kilograms of cocaine and who ultimately avoided apprehension by fleeing from the vehicle.

Five cellphones were also located in the Lexus.  These cellphones were seized by MSP investigators.  Search and seizure warrants were authorized for the cellphones and an MSP forensics unit was able to conduct a download of at least three of the cellphones. TFO Trageser obtained copies of the cellphone downloads from the MSP forensics lab. Detective Trageser reviewed the contents of the cellphones and found that the phones belonged to both Marvin MILLER and Derrick BROWN. The contents of the cellphones are detailed below.

## Phone Extraction 1 – iPhone 12

The phone number associated with the phone was 443-674-3708.  The IMEI was 353003113848565.  The AppleID's associated with the phone were Millermarvin89@gmail.com and dbrown8916@gmail.com.  Based upon an analysis of the text message content in the cellphone download, TFO Trageser knows that Derrick BROWN was the subject utilizing this cellphone.  The pertinent conversation located in the phone download are included below.

4

Within the cellphone download there was a text message conversation between BROWN and telephone number 443-248-6861, listed in the contacts as "Marvin M".  The following conversation occurred on February 11, 2021:

- BROWN -    "Yo what's the code to the phone"
- "Marvin M" -  "303388"
- BROWN -    "Oh rd"
- "Marvin M" -  Bill due today.
- BROWN -    "Your phone bill"
- BROWN -    "You still got them forwarded too your phone ain't nobody call did they"
- "Marvin M" -  "No"
- "Marvin M" -  "Yea probably get u pay that in mine give ya bitch ass ya money back"
- "Marvin M" -  "No"
- BROWN -    "Ain't nobody call"
- BROWN -    "Ard bet"
- "Marvin M" -  "Yea probably get u pay that in mine give ya bitch ass ya money back"
- BROWN -    "Ima check on the dogs in a minute"
- "Marvin M" -  "Rd"
- BROWN -    "Let me know if somebody call"
- BROWN -    "Somebody got killed on Baltic"
- BROWN -    "It's going down out Brooklyn"
- BROWN -    "Nigga got killed down the bay"
- "Marvin M" -  "Dam"
- BROWN -    "Hell yeah it's going down"
- BROWN -    "I kno it's extra hot"
- BROWN -    "Two murders in one day in the same area"
- "Marvin M" -  "Did you pay the phone bill"
- "Marvin M" -  "On the trap phone"

5

- BROWN -     "Naw"
- "Marvin M" -  "Y dummy"
- "Marvin M" -  "Only way ya shit gonna go"
- BROWN -     "You didn't tell me if it was T-mobile or the other one bro"
- "Marvin M"-  "Simple Mobile"

Within the cellphone download there was a text message conversation between BROWN and telephone number 443-674-3202, listed in the contacts as "Lil Ray Ray". The following conversation occurred on November 7, 2021:

- "Lil Ray Ray" -      "Say it got a bad taste bro"
- BROWN -             "What they say about that one"
- "Lil Ray Ray" -      "They say a lor 2 much bake"
- BROWN -             "Ard ima go abck in the lab bring you out something different tuesday before I go out of town"
- "Lil Ray Ray" -      "Ared"

The phone conversations detailed above are only a portion of the contents of the cellphone.  The conversations above demonstrate that Marvin MILLER (Marvin M) and Derrick BROWN are working together to distribute narcotics in the Baltimore Metropolitan area.

The conversation also suggests that MILLER and BROWN are using telephones to facilitate the distribution of controlled dangerous substances.

**Phone Extraction 2 – iPhone XR**

The phone number associated with the phone was 667-335-5830.  The IMEI was 353055101293147.  Based upon an analysis of the text message content in the cellphone download, TFO Trageser knows that Marvin MILLER was the subject utilizing this cellphone.  The pertinent conversation located in the phone download are included below.

6

Within the cellphone download there was a text message conversation between phone number 667-335-5830 utilized by MILLER and telephone number 443-240-0603 listed in the contacts as "Real".  The following conversation began on February 13, 2022:

- MILLER -        "This M new number"
- "Real" -        "I'm already ready"
- MILLER -        "Okay"
- "Real" -        "well I got what I owe you"
- MILLER -        "Okay"
- "Real" -        "Fuck you still on vacation"
- MILLER -        "Here"
- MILLER -        "Dum Nigga"
- MILLER -        "Yooooooo"
- "Real" -        "Fell asleep"
- "Real" -        "Fya"
- "Real" -        "My bad"
- "Real" -        "Waiting on you"
- MILLER -        "2 min"
- "Real" -        "Rd"
- "Real" -        "You here yet bro, I'm tired af"
- MILLER -        "Yea been"
- MILLER -        "Been out here 10 min"
- "Real" -        "Hit me when u wake up"
- MILLER -        "I'm up"
- "Real" -        "Where you want me to come"
- MILLER -        "Gas station"
- "Real" -        "Mall or hood"
- MILLER -        "Mall"
- "Real" -        "Omw"
- MILLER -        "Okay"

7

- "Real" -     "I got it"
- "Real" -     "Bro"
- MILLER -     "Here"
- "Real" -     "Comin down"
- "MILLER" -   "Today"
- "Real" -     "So you want me to come down"
- "Real" -     "I'm up the (unintelligible photo) rn"
- "MILLER" -   "I'm put it on the side for you tonite"
- "Real" -     "Already what time"
- "Real" -     "I prob leave soon fr"
- MILLER -     "Okay"
- "Real" -     "You still gonna be ready"
- "Real" -     "I just got ina town"
- "Real" -     "U still gone?"
- "Real" -     "Bro"
- "Real" -     "Should I come down.

The conversation between MILLER and "Real" ends on March 1, 2022.  TFO Trageser recognizes through his training, knowledge, and experience that the conversation detailed above is indicative of illicit drug-related conversation.  Based upon the message content, TFO Trageser believed that MILLER was supplying the individual, listed as "Real", with quantities of illicit drugs.

TFO Trageser conducted a check of law enforcement databases attempting to identify the subject utilizing telephone number 443-240-0603.  During the check, TFO Trageser learned that a subject named Marcah CHEEVES (M/B, DOB 09/19/1996) was utilizing this telephone number during the time period of the conversation detailed above. During the year 2022, CHEEVES was investigated by Special Agent Niklas Svensson of the DEA for involvement in the distribution of cocaine in the Winchester, Virginia area.  During the investigation, it was learned that CHEEVES was a source of supply for the Winchester, Virginia community.   Investigators developed cause to believe that CHEEVES was

traveling to the Baltimore City area to be supplied with large quantities of cocaine that was then transported back to Winchester, Virginia for distribution. CHEEVES was arrested and charged with possession with the intent to distribute as a result of this investigation.

Within the cellphone download, there was another text message conversation between phone number 667-335-5830 utilized by MILLER and telephone number 305-926-1348 listed in the contacts as "Fat Wow".  The following conversation began on February 19, 2022:

- MILLER -    "Bro I'm here way gotta go get Bby"
- "Fat Wow" -  "4 min"
- MILLER -    liked "4 min"
- "Fat Wow" -  "No word"
- MILLER -    "Call Me"
- "Fat Wow" -  "20 mins"
- MILLER -    "Okay"
- MILLER -    "Bro this short"
- MILLER -    "Bro this was 760 light"
- "Fat Wow" -  "The stack"
- "Fat Wow" -  "My phone died"
- "Fat Wow" -  "Wym"
- MILLER -    "Today"
- "Fat Wow" -  "What time"
- MILLER -    "I'm ready now"
- MILLER -    "Shit moving fast"

The conversation between MILLER and "Fat Wow" ends on March 2, 2022.  TFO Trageser recognizes through his training, knowledge, and experience that the conversation detailed above is indicative of illicit drug-related conversation.  Based upon the message content, TFO Trageser believed that MILLER was supplying the individual

listed as "Fat Wow" with quantities of illicit drugs.  TFO Trageser would proffer that the statement made by MILLER "Bro this was 760 light" is a reference to a payment made by "Fat Wow" being $760.00 short.  Furthermore, when MILLER states that, "Shit moving fast", MILLER is indicating to "Fat Wow" that his supply of illicit drugs is selling quickly. TFO Trageser conducted a check of telephone number 305-926-1348 in available law enforcement databases.  During the check, TFO Trageser learned that during the time frame of the above conversation, telephone number 305-926-1348 was being utilized by Nyamyera DAVIS (B/M, DOB 12/26/1990). DAVIS was also investigated by SA Svensson as part of the same investigation into CHEEVES.  DAVIS was also a source of supply, operating in the Winchester, Virginia area who was traveling to Baltimore to obtain illicit drugs.  DAVIS was arrested and charged possession with the intent to distribute as a result of this investigation.

During the month of November 2023, TFO Trageser spoke with SA Svensson.  SA Svensson advised that DAVIS and CHEEVES were both members of an organization distributing large amounts of cocaine in the Winchester, Virginia area.  SA Svensson was familiar with MILLER from this investigation and suspected that DAVIS and CHEEVES were both being supplied with cocaine by MILLER.

Based upon the current and historical investigations, TFO Trageser knows that Marvin MILLER is involved in the distribution of kilogram quantities of cocaine, a schedule II CDS.

### Investigation of Tyron Rich and Marvin Miller:

During the course of this investigation, Tyron RICH was surveilled on numerous occasions, using both electronic and physical surveillance.  During these surveillances, RICH was observed frequenting the 2300 block of Koko Lane, Baltimore, MD 21216. Investigators identified an address of 2311 Koko Lane, Baltimore, MD 21216 that was being utilized by Marvin MILLER, and suspected that RICH was meeting with MILLER at Koko Lane.

On April 19, 2023, investigators observed RICH exit a known stash house at 2414 Harlem Avenue, Baltimore, MD 21216 with what investigators suspect were kilograms of drugs protruding from under his jacket.  RICH immediately drove to the rear alleyway of the 2300 block of Koko Lane and entered a residence on the odd side.  At that time, there were only a few cars on the odd side of the 2300 block of Koko Lane.  One of these vehicles was a silver Dodge truck bearing Maryland registration 13391CL, registered to Marvin MILLER.  Investigators were able to identify 2311 Koko Lane, Baltimore, Maryland 21216 as a location utilized by MILLER.



- 
  - Photo of RICH exiting the suspected stash location on April 19, 2023 with an object consistent in size and shape with a kilogram of illicit drugs concealed beneath his jacket.

TFO Trageser would proffer that Tyron RICH exited a known stash location carrying at least one kilogram of illicit drugs concealed beneath his jacket.  The illicit drugs were then delivered to Marvin MILLER at 2311 Koko Lane.

Based upon surveillance, TFO Trageser learned that MILLER was also utilizing a black Chevrolet Suburban, bearing Maryland registration A385785.  A check of the MVA database confirmed that this vehicle is registered to MILLER.

On October 31, 2023, TFOs Vigue, Jendrek, and Trageser along with SA Barrett Smith responded to MILLER's apartment located at 9405 Hannah's Mill Drive, Owings Mills, Maryland 21117 to locate the Chevrolet Suburban, bearing Maryland registration A385785.  Investigators located the vehicle parked in front of the residence and the decision was made to conduct a canine scan of the vehicle.  TFO Vigue deployed his drug detection canine "Echo" with the intent to conduct an exterior scan of the vehicle. "Echo" conducted a free air scan of the vehicle and rendered a positive alert for the odor of controlled dangerous substances emanating from the vehicle.

On November 7, 2023, the Honorable Judge Ensor of the Circuit Court for Baltimore County authorized a warrant for a GPS tracking device to be installed of the Chevrolet Suburban, bearing Maryland registration A385785.

On November 8, 2023, Investigators installed a GPS tracking device on the Chevrolet Suburban, bearing Maryland registration A385785.

### Observations from 2311 Koko Lane, Baltimore, Maryland, 21216:

Based on a review, on the location information for MILLER's Chevrolet and surveillance operations, TFO Trageser learned that MILLER continues to frequent 2311 Koko Lane. MILLER does not sleep at this location, but frequently comes and goes.  TFO Trageser recognized through his training, knowledge, and experience that the behavior exhibited by MILLER is consistent with 2311 Koko Lane, Baltimore, Maryland 21216 being utilized as a stash location.

On December 19, 2023, TFO Trageser was monitoring the covert surveillance camera at 2311 Koko Lane.  At approximately 1312 hours, MILLER arrived and parked in front of 2311 Koko Lane.  MILLER remained in the vehicle until approximately 1321 hours at which time he exited and entered the front door of 2311 Koko Lane.  At the same time, a maroon Cadillac, bearing Maryland registration 5EM5982, arrived and parked in front of MILLER.  TFO Trageser knows through this investigation that Elroy JOHNSON (M/B, DOB 12/16/1965) utilizes the Cadillac bearing Maryland registration 5EM5982. TFO Trageser also knows that Elroy Johnson is a co-conspirator of MILLER's and it's suspected that MILLER was supplying JOHNSON with quantities of cocaine.

After parking, JOHNSON exited the Cadillac and approached MILLER's Chevrolet.  At the same time MILLER is observed exiting the front door of 2311 Koko Lane.  MILLER approached the Chevrolet and retrieved a bag from the rear passenger side of the Chevrolet, which is pictured below.



At approximately 1325 hours, MILLER and JOHNSON entered the front door of 2311 Koko Lane.  Pictured below is MILLER taking the bag into Koko Lane with JOHNSON following:



At 1327 hours, JOHNSON exited 2311 Koko Lane and began walking towards the Cadillac.  As Johnson walked, it appeared that he had an object concealed beneath his shirt.  A photo of JOHNSON walking towards the Cadillac is pictured below:



14

JOHNSON entered into the rear driver side of the Cadillac and was inside of the vehicle for less than a minute. Pictured below is JOHNSON inside of his vehicle:



JOHNSON then exited the Cadillac and returned to 2311 Koko Lane.

Based upon training, knowledge and experience, TFO Trageser would proffer that MILLER obtained a resupply of cocaine, which was contained in the bag carried into Koko Lane.  JOHNSON met with MILLER at Koko Lane and obtained a quantity of cocaine, which was concealed beneath JOHNSON's shirt.  JOHNSON then concealed the quantity of cocaine in the Cadillac.

Based upon the observations, Baltimore Police Sergeant Flynn #H467 responded to the area in anticipation of conducting a traffic stop of the Cadillac when it left the location.

At approximately 1453 hours, JOHNSON exited the front door of 2311 Koko Lane and entered the driver seat of the Cadillac.  JOHNSON then drove away and surveillance was maintained.  After observing multiple traffic violations, to include failure to stay right of center, Sgt. Flynn activated his emergency equipment and conducted a traffic stop of the

Cadillac, bearing Maryland registration 5EM5982, in the 3900 block of Gwynns Falls Parkway.

Sgt. Flynn approached the vehicle and identified the operator as JOHNSON from his Maryland driver's license.  Sgt. Flynn advised JOHNSON of the reason for the stop.  Sgt. Flynn then returned to his vehicle.  As Sgt. Flynn was sitting in his vehicle, he observed JOHNSON extend his arm out of the window and gesture Sgt. Flynn back to the Cadillac. Sgt. Flynn returned to the Cadillac and spoke with JOHNSON, who provided the registration card for the vehicle.  At this time, Sgt. Flynn noted that JOHNSON's hand was shaking and he appeared to be extremely nervous.  Sgt. Flynn asked JOHNSON to exit the vehicle and informed JOHNSON that a canine was going to conduct a scan of the Cadillac.  At this time, JOHNSON advised that there was no need to do that and indicated that there was illicit drugs in the vehicle.  The officer's asked JOHNSON what exactly was in the vehicle and JOHNSON indicated that a kilogram of cocaine was inside of the vehicle.

At this time DPSCS Detective/Sergeant Vigue arrived on scene with Canine Echo. Detective/Sergeant Vigue placed Canine Echo on alert to scan the Cadillac, bearing Maryland registration 5EM5982 for the odor of a controlled dangerous substance.  During a scan of the vehicle, Canine Echo presented a positive alert indicating the odor of a controlled dangerous substance was emanating from the Cadillac.

A search of the Cadillac was conducted and Sgt. Flynn recovered one kilogram of suspected cocaine from beneath the driver seat of the vehicle.  It should be noted that as was previously referenced in this affidavit JOHNSON was observed exiting 2311 Koko Lane with an object concealed under his shirt.  JOHNSON entered the rear driver side of the vehicle and was inside of the vehicle for a brief time.  The area of the vehicle where the kilogram of suspected cocaine was recovered is consistent with the area where JOHNSON was sitting when he was sitting in the vehicle.

JOHNSON was placed under arrest and transported to central booking for processing.

16

TFO Trageser knows through training, knowledge, and experience that JOHNSON obtained a kilogram of suspected cocaine from MILLER inside of 2311 Koko Lane. TFO Trageser would proffer that additional cocaine is currently concealed inside of 2311 Koko Lane.

**BROWN's Lexus SUV 4EN6400-**

As was previously referenced in this affidavit, Derrick BROWN is a known co-conspirator of MILLER. During a prior investigation referenced at the beginning of this affidavit, BROWN utilized a Lexus bearing Maryland registration 4EN6400 to pick up approximately eleven kilograms of Cocaine.

During the current investigation of MILLER, TFO Trageser noted that BROWN was frequenting 2311 Koko Lane. BROWN would even come and go from the location when MILLER was not present indicating that BROWN also had access to the residence. TFO Trageser also noted that BROWN was still driving the Lexus SUV bearing Maryland registration 4EN6400. TFO Trageser recognizes that BROWN is coming and going from a suspected stash location operating the Lexus bearing Maryland registration 4EN6400 is indication that this vehicle is being used to facilitate the distribution of narcotics.

On December 19, 2023 at approximately 1434 hours, TFO Trageser observed the Lexus bearing Maryland registration 4EN6400 arrive at Koko Lane and park in front of the residence. It should be noted that MILLER and JOHNSON were inside of the location during this time. BROWN exited the Lexus and entered 2311 Koko Lane.

A photograph of BROWN exiting the Lexus SUV and approaching 2311 Koko Lane is depicted below.



At approximately 1458 hours, BROWN and MILLER both exited 2311 Koko Lane and entered MILLER's Chevrolet and drove away.

At approximately 1852 hours, Detective/Sergeant Vigue placed Canine Echo on command to scan BROWN's Lexus bearing Maryland registration 4EN6400. While scanning the vehicle Canine Echo presented a positive alert indicating the odor of controlled dangerous substances were emanating from the vehicle.

## EXPERTISE

### Detective Trageser #5468:

Your Affiant, Detective Trageser #5468, has been a member of the Baltimore County Police Department since December 2008.  Your Affiant was assigned to the uniform patrol

division of the Essex Precinct after graduating from the academy in June 2008. Your Affiant was assigned to the Community Drug and Violence Interdiction Team C.D.V.I.T. in October 2012.  This is a plain-clothes unit under the direct control of the Vice/Narcotics Commander.   This unit is responsible for the enforcement, apprehension, and investigation strategies necessary to arrest offenders and/or suppress crime, or the incidents causing community concern.  Your Affiant was assigned to the Vice Narcotics Section in December of 2017.

Your Affiant has graduated from the Baltimore County Police Department Academy where course studies dealt with the investigation, identification, and laws pertaining to Controlled Dangerous Substances and search and seizure.

Your Affiant has completed training in regards to search and seizure at the entrance level of the Baltimore County Police Training Academy and also at the In-Service level at the same institution, which is designed for experienced officers. In addition to the training received in the Baltimore County Police Academy, your Affiant Detective Trageser has attended and completed a Search and Seizure Seminar, Interview and Interrogation, Cannabis Indoor Grow, and a DEA Drug Identification school. These trainings concentrated on the trafficking, packaging, distribution, and terminology/identification of Controlled Dangerous Substances. Your Affiant has conducted numerous narcotics related investigations and made numerous arrests for narcotics related offenses. With this experience in investigations, your Affiant has been an Affiant/Co-Affiant on numerous narcotics-related search and seizure warrants where narcotics-related evidence has been recovered as well as the arrests of narcotics dealers and users.

Your Affiant has participated in at least two (2) previous investigations that have employed court-ordered wiretaps as an investigative tool, and thereby has listened to, transcribed and read transcripts of telephone conversations of individuals involved in narcotics trafficking and public corruption.  As a result of the previous court ordered wiretap investigations, multiple kilograms of Controlled Dangerous Substances were seized and arrests were made at the State and Federal levels.

19

Your Affiant knows the following based upon their training, knowledge and experience:

A.  That drug traffickers maintain on hand large amounts of both CDS and currency in order to maintain and finance their ongoing drug business, as well as paraphernalia used in the manufacturing, packaging, preparation, and weight of CDS in preparation for trafficking, and that drug traffickers maintain these items where they have them readily accessible

B.  That drug traffickers often maintain firearms and ammunition in connection with their drug trafficking activities

C.  That drug traffickers often maintain financial records and financial instruments related to their drug transactions and the profits derived from those transactions including but not limited to currency, bank checks, cashier's checks, money orders, stocks, bonds, jewelry, precious metals and bank and real estate records

D.  That drug traffickers frequently maintain records of their drug transactions relating to the manufacture, transportation, possession and distribution of CDS

E.  That drug traffickers frequently maintain books, records, and other documents that identify and contain the names, addresses and/or telephone numbers of associates in their drug trafficking or money laundering activities

F.  That drug traffickers commonly use and carry telephones, pagers, and/or personal digital assistants that store names, addresses, telephone numbers, and codes of co-conspirators

G.  That drug traffickers commonly take or cause to be taken photographs and videos of themselves, their associates, their property and/or assets, and their drugs and they maintain these photographs and videos in their possession, in their residence, vehicles, and places of business

H.  That drug traffickers commonly use vehicles to move quantities of drugs and currency to other locations for storage and further distribution and traffickers often rent vehicles instead of using their own to prevent their own vehicles from being seized by law enforcement

I.  That drug traffickers often place communication devices, vehicles and other assets in names other than their own to avoid detection of these items by law enforcement officials and that even though these items are in another entity or person's name, the drug dealers actually own and continue to use these devices and assets and to exercise domain and control over them

J.  That indication of occupancy, residency and/or ownership of the premises to be searched are often present in such premises: and

K.  That drug traffickers commonly maintain the foregoing items inside combination or key-lock safes or strong boxes, suitcases, storage lockers, safety deposit boxes, locked cabinets and other types of locked or closed containers, and hidden compartments for ready access and concealment

I solemnly affirm under the penalties of perjury, and upon personal knowledge, that the contents of the foregoing Application and Affidavit are true.  For any portion of the Application and Affidavit that relies upon information provided by someone other than the applicant, and only for such portion(s), I solemnly affirm under the penalties of perjury that the contents of the foregoing Application and Affidavit are true to the best of my knowledge, information and belief.

- Wherefore, your Affiant requests that a Search and Seizure Warrant be issued for said residence known as 2311 Koko Lane, Baltimore, Maryland 21216 and the vehicle identified as a black 2023 Chevrolet Suburban, bearing Maryland registration A385785 and VIN 1GNSKRKDXPR103267, and the vehicle identified as a Gray in color Lexus bearing Maryland registration A385785 and VIN 2T2BK1BA3DC155521.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Application and Affidavit are true.  For any portion of the Application and Affidavit that relies upon information provided by someone other than the applicant, and only for such portion(s), I solemnly affirm under the penalties of perjury

that the contents of the foregoing Application and Affidavit are true to the best of my knowledge, information and belief.

Affiant _____Matthew Trageser_____

Digitally signed by Matthew Trageser
Date: 2023.12.19 20:08:35 -05'00'

Detective Trageser #5468          Date and Time

Supervisor _____Sergeant J. Connors #4511_____

Digitally signed by Sergeant J. Connors #4511
Date: 2023.12.19 20:30:00 -05'00'

Sergeant Connors #4511          Date and Time

## DISTRICT/CIRCUIT COURT OF MARYLAND
## FOR BALTIMORE COUNTY


## SEARCH AND SEIZURE WARRANT


**TO:**    Any Police Officer of Baltimore County, Maryland

**GREETINGS:**

**WHEREAS:**

An application and affidavit were made and delivered to me by Detective Trageser, a sworn member of the Baltimore County Police Department, who has reason to believe that:


## ON/IN THE PREMISES KNOWN AS:

- 2311 Koko Lane, Baltimore, Maryland, 21216
  - Described as a middle of group brick rowhome with a black metal security door. The numerals "2311" are located on the front of the residence. This location is known on sight by your Affiant and is currently under surveillance.


## IN THE VEHICLE KNOWN AS:

- A black 2023 Chevrolet Suburban bearing Maryland registration A385785 and VIN 1GNSKRKDXPR103267
- A gray in color Lexus bearing Maryland registration 4EN6400 and VIN-2T2BK1BA3DC155521


**There is presently concealed certain property, NAMELY:**

1. Cocaine, a Schedule II Controlled Dangerous Substance;
2. Books, records, receipts, notes, ledgers, prescriptions and other items relating to the transportation, ordering, purchasing, and distribution of controlled substances;

23

3. Papers, tickets, notes, schedules, receipts, and other items relating to domestic interstate and international travel;

4. Addresses and/or telephone books and papers reflecting names, addresses, and/or telephone numbers;

5. Books, records, receipts, bank statements, money drafts, letters of credit, money orders, and cashier check receipts, passbooks, bank checks, and other items evidencing the obtaining, secreting, transfer, and/or the concealment of assets and the obtaining, secreting, transferring, concealment and/or expenditure of money, such as safe deposit box records, keys, etc.;

6. United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds;

7. Photographs, in particular, photographs of co-conspirators, of assets, and/or of controlled dangerous substances;

8. Indication of occupancy, residency, and/or ownership of the premises described above, including but not limited to, utility and telephone bills, canceled envelopes and keys; and

9. Electronic equipment, including cellular telephones, tablets, etc.

   a. It should be noted these items are requested to be seized only as a separate search warrant will be obtained for the digital/electronic data contained in the aforementioned electronic equipment.

10. Any firearms, and firearms-related accessories, including, but not limited to ammunition, magazines, holsters, firearms cases, and firearms registration documentation, located inside the location.

11. Further, to search all locked and unlocked containers, all locked and unlocked containers.

12. Any and all other material evidence which are in violation of, or evidence of the violation of CR 5-303 (d) through CR 5-904.

Which is evidence relating to the commission of a crime of Distribution/Use of Controlled Dangerous Substances (CDS), in violation of Maryland Annotated Code, Criminal Article 5 -303(d) through 5-904.  The facts tending to establish grounds for the issuance of a Search and Seizure Warrant are set forth in the below Affidavit.

24

You are, therefore, commanded, with the necessary and proper assistance, to (1) search the place and property herein above specified; (2) if the property named in the Application and Affidavit is found there, to seize it; (3) seize any evidence of the commission of a misdemeanor or felony by a person therein; (4) seize any evidence of the commission of a misdemeanor or felony which is found in the location, places, or things covered by this warrant; (5) leave a copy of this Warrant and Application/Affidavit with an inventory of the property seized pursuant to applicable law and (6) return a copy of this Warrant, Application/Affidavit, and inventory, if any, to me within ten (10) days after execution of this Warrant; or, if not served, to return this Warrant and Application/Affidavit to me promptly, per Maryland Rules, Rule 4-601(h).

SIGNED: _*Wendy Epstein*_

Dec 19, 2023 | 9:05 PM EST

JUDGE    Wendy Epstein                    DATE/TIME

Circuit Court for Baltimore County



IN RE                                    *        IN THE CIRCUIT/DISTRICT

SPECIAL INVESTIGATION                    *        COURT FOR BALTIMORE COUNTY

Controlled Dangerous Substances          *

Law Violations                           *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## MOTION TO SEAL
## SEARCH WARRANT AFFIDAVIT

Now comes Detective Trageser #5468, a member of the Baltimore County Police Department, and moves this Honorable Court to pass an Order Pursuant to Criminal procedures Article 1-203 of the Annotated Code of Maryland, which provides for the sealing of an affidavit in support of a search and seizure warrant upon finding of good cause, and state:

1. That the criminal investigation to which the attached affidavit is related is of an ongoing nature and likely to yield further information which could be of use in prosecuting criminal activity;

2. That the failure to maintain the confidentiality of the investigation would jeopardize the use of the information and/or jeopardize the source of the information;

3. That the criminal investigation to which the attached Affidavit in Support of Search and Seizure Warrant is related is an inquiry into alleged criminal activity in violation of Laws of Maryland, pertaining to Controlled Dangerous Substances, in violation of Maryland Annotated Code, CR 5-303 (d) through CR 5-904 being conducted by a law enforcement agency, namely the Baltimore County Police Department.

WHEREFORE, your petitioner prays that the attached affidavit in support of a search and seizure warrant for premise and vehicle be sealed.

Matthew Trageser  Digitally signed by Matthew Trageser
                  Date: 2023.12.19 20:07:42 -05'00'
_____

Detective Date and Time

26

IN RE                                          *        IN THE CIRCUIT/DISTRICT

SPECIAL INVESTIGATION                          *        COURT FOR BALTIMORE COUNTY

Controlled Dangerous Substances                *

Law Violations                                 *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

ORDER

Having given due consideration to the foregoing Motion to Seal Search Warrant Affidavit on 2311 Koko Lane, Baltimore, Maryland, 21216.

**IT IS HEREBY ORDERED** that the attached Affidavit in Support of Search and Seizure Warrant is hereby sealed for a period of not more than thirty (30) days.  Upon the expiration of this Order, the Affidavit shall be unsealed and delivered, within fifteen (15) days, to the person(s) from whom the property was taken.  If that person is not present at the time of delivery, the person apparently in charge of the premises from which the property was taken shall be served.  This Order is issued upon finding good cause, pursuant to Criminal Procedures Article 1-203 of the Annotated Code of Maryland.

**IT IS FURTHER ORDERED** that a copy of this Order be left at the above location in lieu of the Affidavit in support of the Search Warrant.

SIGNED: ___*Wendy Epstein*___        Dec 19, 2023 | 9:05 PM EST

JUDGE        Wendy Epstein                    DATE/TIME

Circuit Court for Baltimore County

27